IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA FIGUEROA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLPATH, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-09766-CRB<br><br>**ORDER DENYING MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |

On October 21, 2022, Defendants Wellpath, Inc. and Paula McKinsey filed a motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See dkt. 30. On January 3, 2023, the Court ordered Plaintiff Rosa Figueroa to show cause why the case should not be dismissed for failure to prosecute. See dkt. 38. On January 19, 2023, the Court received a letter from Figueroa, asking that her case not be dismissed because she has "received permanent injury" and would like her case to "continue forward." See dkt. 40.

Given Figueroa's stated intent to participate in the case going forward, Defendants' motion to dismiss is DENIED, without prejudice to a further motion if Figueroa fails to participate. Figueroa is ordered to cooperate with defense counsel to comply with all court deadlines and meet her discovery and disclosure obligations. Failure to do so will result in dismissal of the action.

**IT IS SO ORDERED.**

Dated: January 20, 2023

CHARLES R. BREYER
United States District Judge